# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2025

*The Court of Appeals hereby passes the following order:*

A25D0298. STEFON SMITH v. THE STATE.

In his application for discretionary appeal, Stefon Smith seeks to challenge the trial court's denial of his multiple motions to recuse the trial judge in his criminal case. The State has filed an emergency motion to dismiss Smith's application. We lack jurisdiction.

"Denials of motions to recuse are interlocutory in nature. An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)," including obtaining a certificate of immediate review within ten days of the order sought to be appealed. See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002); see also *Rolleston v. Glynn County Bd. of Tax Assessors*, 213 Ga. App. 552, 553 (445 SE2d 345) (1994). OCGA § 5-6-35, the discretionary appeal statute, "does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Smith's failure to comply with the interlocutory appeal procedures and obtain a certificate of immediate review deprives this Court of jurisdiction over this application. Accordingly, the State's motion is GRANTED, and

this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 03/13/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*